# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ANTHONY PARKS, )<br>   Movant, )<br> )<br>v. )<br> )<br>UNITED STATES OF AMERICA, )<br>   Respondent. ) | No. 2:23-cv-02755-SHL-atc |

# JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Movant's pro se Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody, (ECF No. 1), filed December 1, 2023,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Denying Motion Pursuant to 28 U.S.C. § 2255, Denying a Certificate of Appealability, Certifying that an Appeal Would Not Be Taken in Good Faith, and Denying Leave to Proceed In Forma Pauperis on Appeal (ECF No. 14), filed June 30, 2025, this matter is hereby **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

June 30, 2025
Date